```
        FILED        LODGED
        RECEIVED     COPY

        MAR 0 8 2022

        CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona
SHARON K. SEXTON
Arizona State Bar No. 012359
Email: sharon.sexton@usdoj.gov
W. VINNIE LICHVAR
Arizona State Bar No. 028112
Email: vinnie.lichvar@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Santos Alvarado Baltazar,<br><br>　　　　　Defendant. | No. CR-22-143-PHX-DJH (DMF)<br><br>**REDACTED INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1152, 2244(b), and 2246(3)<br>(CIR - Abusive Sexual Contact of a Minor)<br>Counts 1-3<br><br>18 U.S.C. §§ 1152, 2241(c), and 2246(2)(D)<br>(CIR - Aggravated Sexual Abuse of a Child)<br>Count 4<br><br>18 U.S.C. §§ 1152, 2244(a)(5), and 2246(3)<br>(CIR - Abusive Sexual Contact of a Minor)<br>Count 5 |

THE GRAND JURY CHARGES:

COUNT 1

On or about January 31, 2020, in the District of Arizona, within the confines of the Gila River Indian Reservation, Indian Country, defendant, SANTOS ALVARADO

BALTAZAR, did knowingly engage in a sexual contact with the victim, Jane Doe 1, an Indian, without the victim's permission.  The sexual contact involved intentional touching, directly and through the clothing, of the victim's breast with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2244(b), and 2246(3).

COUNT 2

On or about January 31, 2020, in the District of Arizona, within the confines of the Gila River Indian Reservation, Indian Country, defendant, SANTOS ALVARADO BALTAZAR, did knowingly engage in a sexual contact with the victim, Jane Doe 1, an Indian, without the victim's permission.  The sexual contact involved intentional, direct touching of the victim's breast with the defendant's mouth, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2244(b), and 2246(3).

COUNT 3

On or about January 31, 2020, in the District of Arizona, within the confines of the Gila River Indian Reservation, Indian Country, defendant, SANTOS ALVARADO BALTAZAR, did knowingly engage in a sexual contact with the victim, Jane Doe 1, an Indian, without the victim's permission.  The sexual contact involved intentional touching, directly and through the clothing of the victim's genitals with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2244(b), and 2246(3).

COUNT 4

On or between April 27, 2018, and April 27, 2019, in the District of Arizona, within the confines of the Gila River Indian Reservation, Indian Country, defendant, SANTOS ALVARADO BALTAZAR, did knowingly engage in and attempt to engage in a sexual

act with the victim, Jane Doe 2, an Indian child under the age of 12. The sexual act involved intentional touching, not through the clothing, of victim's genitalia with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, to wit: the last time.

In violation of Title 18, United States Code, Sections 1152, 2241(c), and 2246(2)(D).

## COUNT 5

On or between April 27, 2018, and April 27, 2019, in the District of Arizona, within the confines of the Gila River Indian Reservation, Indian Country, defendant, SANTOS ALVARADO BALTAZAR, did knowingly engage in a sexual contact with the victim, Jane Doe 2, an Indian child under the age of 12. The sexual contact involved intentional touching, directly and through the clothing of the victim's genitals and buttocks with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant, to wit: the last time.

In violation of Title 18, United States Code, Sections 1152, 2244(a)(5), and 2246(3).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 8, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
SHARON K. SEXTON
W. VINNIE LICHVAR
Assistant U.S. Attorneys